UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>– v. –<br><br>DAKOTAH CAMPBELL,<br>    a/k/a "Babyjet,"<br><br>SIDDELL MARTINEZ,<br>    a/k/a "Prada,"<br><br>                    Defendants. | **ORDER**<br><br>24 Cr. 68 (JPO) |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys Ni Qian, Christy Slavik, and Courtney Heavey;

It is found that the Superseding Indictments in the above-captioned case, S1 24 Cr. 68 and S2 24 Cr. 68, are currently sealed and the United States Attorney's Office has applied to have those Superseding Indictments unsealed, and it is therefore:

ORDERED that the Superseding Indictments S1 24 Cr. 68 and S2 24 Cr. 68, in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         February 14, 2024

_____
HONORABLE VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK