UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X
                                                                    :
UNITED STATES OF AMERICA,                                           :
                                                                    :
                    -v-                                             :          24-CR-68 (JPO)
                                                                    :
DAKOTAH CAMPBELL, et al.,                                           :          ORDER
                                                                    :
                    Defendants.                                     :
                                                                    :
--------------------------------------------------------------------X

J. PAUL OETKEN, District Judge:

     IT IS HEREBY ORDERED that the status conference previously scheduled for March 1,

2024, is adjourned to March 7, 2024, at 11:30 a.m. and will be held in Courtroom 706 of the

Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.  The Court hereby

excludes time through March 7, 2024, under the Speedy Trial Act, 18 USC 3161(h)(7)(A),

finding that the ends of justice outweigh the interests of the public and the defendant in a speedy

trial.


     SO ORDERED.


Dated: March 1, 2024
      New York, New York
                                       J. PAUL OETKEN
                                       United States District Judge